FILED IN OPEN COURT
ON 10/6/26
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:26-CR-64-D-KS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| GJINA GOJCAJ MCDONALD | ) | |
| | ) | |

The Grand Jury charges that:

**COUNT ONE**

On or about October 21, 2024, in the Eastern District of North Carolina, the Defendant, GJINA GOJCAJ MCDONALD, an alien in the United States, did knowingly make a false statement and claim that she was a citizen of the United States in order to vote in a Federal, State, and local election, in violation of Title 18, United States Code, Section 1015(f).

**COUNT TWO**

On or about the October 21, 2024, in the Eastern District of North Carolina, the defendant, GJINA GOJCAJ MCDONALD, an alien in the United States, knowing she was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, or

Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

Foreperson

Date: 10/6/2026

W. ELLIS BOYLE
*United States Attorney*

BY: ROXANNE N. CASSIDY
Assistant United States Attorney